# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FERDINAND BONANO

VERSUS

DOCAR SALES, INC., DOCAR
POWERTRAIN SPECIALISTS,
L.L.C., DJL PROPERTIES,
L.L.C., AND DOCAR TRUCK
PARTS AND EQUIPMENT, INC.

NO.   2026 CW 0353

**JUNE 01, 2026**

---

In Re:    Docar Truck Parts and Equipment, Inc. and Docar
Powertrain Specialists, LLC, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2021-13834.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore,* by special appointment of the Louisiana
Supreme Court.